UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRENTICE COX,

Plaintiff,,

-v-

FARCIERT INC. D/B/A CANYON ROAD et al.,

Defendants.

26-CV-6956 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 24, Order, ECF No. 11, Defendant G.P. Associates was required to file a response to Plaintiff's Complaint, the contents of which are described therein, no later than October 22, 2026. To date, G.P. Associates has not filed a response. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 12, 2026**. Failure to file a response by that deadline may result in entry of a default judgment.

Meanwhile, on September 1, 2026 Defendant Farciert Inc. d/b/a Canyon Road was served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 7. To date, Farciert Inc. has failed to appear in this action. No later than **November 11, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Farciert Inc. or if Plaintiff has any other reason to believe that Farciert Inc. has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant Farciert Inc. d/b/a Canyon Road **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge